# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2026

*The Court of Appeals hereby passes the following order:*

## A26O0027. GRADY TAYLOR, JR. v. BOBBY REEVES, JUDGE.

Grady Taylor, Jr. has petitioned this Court for a writ of mandamus ordering Judge Bobby Reeves of the Superior Court of Washington County to consider and rule upon Taylor's motion to modify his sentence. In doing so, however, Taylor has failed to invoke this Court's original mandamus jurisdiction.

In general, "the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983). Thus, before seeking to invoke this Court's original mandamus jurisdiction, one must *first* file the petition for mandamus in the appropriate *lower* court and obtain a ruling there. See *Graham v. Cavender*, 252 Ga. 123, 123 (311 SE2d 832) (1984); *Expedia, Inc. v. City of Columbus*, 305 Ga. App. 450, 455(2)(b) (699 SE2d 600) (2010) ("Except in the rarest of cases, litigants seeking to invoke this Court's original jurisdiction ... must first petition the superior court for such relief."). Taylor has offered this Court no evidence that he has followed this

procedure. Accordingly, there is no basis for this Court to exercise its jurisdiction, see *Brown*, 251 Ga. at 436-437, and this petition is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta, 06/18/2026

 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

 Witness my signature and the seal of said court hereto affixed the day and year last above written.

 , *Clerk.*